**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HONG JUN XUN,**<br>　　　**Plaintiff,**<br>　　　v.<br>**CAROLYN W. COLVIN,** *Acting Commissioner of Social Security*,<br>　　　**Defendant.** | **Case No.: C-13-2041-YGR**<br><br>**JUDGMENT** |

On April 15, 2014, having duly considered the issues in this action, the Court granted plaintiff and defendant's respective cross-motions for summary judgment in part and denied them in part. Consistent with that order, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner dated December 16, 2011 is affirmed in part and reversed and remanded in part.

**IT IS SO ORDERED**.

Date: April 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**